## COUNTY ARMAGH LADIES' SOCIAL & BENEVOLENT ASS'N v. LENNON (two cases).

(Supreme Court, Appellate Term. February 11, 1907.)

**1. REPLEVIN—DEFENSES—LAWFUL CUSTODIAN.**

Even if an association is the owner of property, it is not entitled to recover possession, where it appears that it is at the time temporarily in the possession of the lawful custodian.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 42, Replevin, §§ 52, 72, 73.]

**2. TROVER AND CONVERSION—RIGHTFUL POSSESSION.**

Even though an association is the owner of property, it is not entitled to recover for an alleged wrongful withholding, where at the time of the alleged conversion the property was temporarily in the possession of a lawful custodian.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 47, Trover and Conversion, § 51.]

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Two actions by the County Armagh Ladies' Social & Benevolent Association against Annie Lennon. From both judgments for defendant, plaintiff appeals. Affirmed.

Argued before GILDERSLEEVE, MacLEAN, and AMEND, JJ.

Wm. C. Abercrombie, for appellant.

Edward K. Sumerwell, for respondent.

MacLEAN, J. In one action the plaintiff sought recovery or value of certain articles alleged to belong to it, viz., the charter, by-laws, and recording secretary's book, and in another action sued for the conversion of $28, alleged to be its property and wrongfully withheld. Even admitting ownership in the plaintiff and possession by the defendant, judgment in each case was properly rendered in favor of the defendant; for it does not appear that the articles or moneys are temporarily in possession of other than the lawful custodian, the defendant. The judgment should be affirmed, with costs.

Judgments affirmed, with costs. All concur.